AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Vermont

| In the Matter of the Search of | ) | |
|---|---|---|
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | 2:18-cr-38 |
| 55 River Street, Windsor, VT | ) ) ) | Case No. ~~2:18-mj-33~~ |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____Vermont_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before _____April 16, 2018_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Hon. John M. Conroy, U.S. Magistrate Judge   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  04/02/2018  3:32 PM              _____
                                                                                            *Judge's signature*

City and state:   Burlington, VT                               Hon. John M. Conroy, U.S. Magistrate Judge
                                                                                        *Printed name and title*

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture (Page 2)

### Return

| Case No.: 2:18-CR-38 | Date and time warrant executed: 04/05/18 @ 0605 hrs | Copy of warrant and inventory left with: Residence (55 River St) |
|---|---|---|

**Inventory made in the presence of:**
SA. Jamie Pillsbury

**Inventory of the property taken:**

1) 22 bags of heroin
2) Wallet containing U.S. currency
3) 5 cell phones
4) 11 Suboxone strips
5) Cash and checks located in Toyota Tundra
6) Misc. paperwork located in kitchen
7) Brown bag containing US currency
8) 1450 bags of heroin located in R.V.
9) Cash located in personal bank
10) black tablet
11) 2 small handguns

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/2/18

Executing officer's signature: 1831

Det. Trooper Sean Reilly
Printed name and title