AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Vermont

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2018 APR -2 PM 3:42

CLERK
BY E.H.
DEPUTY CLERK

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 2:18-mj-33 |
|  | ) |
| Rodolfo Davila | ) |
|  | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 14, 2018__ in the county of __Windsor__ in the _____ District of __Vermont__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Knowing and intentional distribution of heroin, a Schedule I controlled substance |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

SA Jamie Pillsbury, HSI
Printed name and title

Sworn to before me and signed in my presence.

Date: __04/02/2018__

_____
Judge's signature

City and state: __Burlington, VT__

Hon. John M. Conroy, U.S. Magistrate Judge
Printed name and title